JULIE A. STOCKTON, SBN 286944
jstockton@kslaw.com
King & Spalding LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800

NICHOLAS A. OLDHAM, DCBN 484113
*Admitted pro hac vice*
noldham@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue, Ste 200
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

SHEA C. MEEHAN, WSBA #34087
*Admitted pro hac vice*
smeehan@walkerheye.com
BRET UHRICH, WSBA #45595
*Admitted pro hac vice*
buhrich@walkerheye.com
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA  99352
Telephone: (509) 735-4444
Facsimile: (509) 735-7140

Attorneys for Defendant
RAJIV MALHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.P.D. CONSOLIDATION, INC., dba VALLEY WINE WAREHOUSE,<br><br>Plaintiff,<br><br>v. | Case No. 3:15-cv-05309 EMC<br><br>**STIPULATION & [PR~~OPOS~~ED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER - 1

3:15-cv-05309 EMC

Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, Washington 99352
(509) 735-4444

1 | JOSE PINA aka JOSE LUIS PIEDRA, et al.
2 |          Defendants.

**TO THE COURT, AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff H.P.D. Consolidation, Inc. ("PLAINTIFF"), Defendant Rajiv Malhan, Defendants Belmont Wine Exchange, LLC, Michael Shemali, Wines of the World, LLC, Tri-Cities Liquor & Spirits, LLC, Matt Myers, Hi-Time Wine Cellars, Eduardo Rodriguez, Sandra Rodriguez, Sandi's Pet Place, Inc. and Defendant David L. Borges (collectively, "DEFENDANTS"), by and through their respective counsel of record, hereby stipulate pursuant to Local Rule 16-2(e) to reschedule the initial Case Management Conference currently set for March 3, 2016 to 30 days after the Court rules on DEFENDANTS' motions to dismiss. This is the second time modification has been requested by DEFENDANTS in this matter. Previously, DEFENDANTS and PLAINTIFF stipulated to an extension of time to respond to the Complaint by or before February 26, 2016. *See* Docket Nos. 42; 54; 66. As a result, the parties agree that the initial Case Management Conference should be delayed. All counsel in this matter have conferred and all support this stipulation. This stipulation does not change the ADR process for this case.

Dated: February 9, 2016         **MOTSCHIEDLER, MICHAELIDES, WISHON BREWER & RYAN, LLP**

                                By:   /s/ Russell K. Ryan
                                      RUSSELL K. RYAN
                                      Attorneys for Plaintiff
                                      **H.P.D. Consolidation, Inc.**

Dated: February 9, 2016         **KING & SPALDING LLP**

                                By:   /s/ Nicholas A. Oldham
                                      JULIE A. STOCKTON
                                      NICHOLAS A. OLDHAM
                                      Attorneys for Defendant
                                      **Rajiv Malhan**

STIPULATION AND [PROPOSED] ORDER - 2

3:15-cv-05309 EMC

Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, Washington 99352
(509) 735-4444

1

Dated:  February 9, 2016            **WALKER HEYE MEEHAN & EISINGER, PLLC**

2

3                                By:    /s/ Shea C. Meehan
                                        SHEA C. MEEHAN
4                                       BRET UHRICH
                                        Attorneys for Defendant
5                                       **Rajiv Malhan**

6  Dated:  February 9, 2016            **NIXON PEABODY, LLP**

7

8                                By:    /s/ John R. Foote
                                        JOHN R. FOOTE
                                        GREGORY P. O'HARA
9                                       KARL K. SUNG
                                        Attorneys for Defendants
10                                      **Belmont Wine Exchange, LLC, Michael Shemali, Wines of the World, LLC, Tri**
11                                      **Cities Liquor & Spirits, LLC, Matt Myers, Hi-Time Wine Cellars, Eduardo**
                                        **Rodriguez, Sandra Rodriguez, and**
12                                      **Sandi's Pet Place Inc.**

13
    Dated:  February 9, 2016            **DUGGAN LAW CORPORATION**
14

15                               By:    /s/ Christina M. Bucci
                                        JENNIFER E. DUGAN
                                        CHRISTINA M. BUCCI
16                                      Attorneys for Defendant
                                        **David L. Borges**
17

18

19

20

21

22

23

24

25

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that ~~the Court shall~~ cancel the case management conference currently set for March 3, 2016 ~~and will reset the case management conference for 30 days after the Court rules on Defendants' motions to dismiss.~~

is reset for 5/5/16 at 9:30 a.m.

Dated: 2/10/16                    By: _____
                                       Judge Edward M. Chen



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER - 4

3:15-cv-05309 EMC

Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, Washington 99352
(509) 735-4444

## ATTESTATION OF CONCURRENCE

I, Shea C. Meehan, attest that I am one of the attorneys for the moving Defendant. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: February 9, 2016    By:    /s/ Shea C. Meehan
                                  SHEA C. MEEHAN
                                  BRET UHRICH
                                  Attorneys for Defendant
                                  **Rajiv Malhan**

STIPULATION AND [PROPOSED] ORDER - 5

3:15-cv-05309 EMC

Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, Washington 99352
(509) 735-4444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# CERTIFICATE OF SERVICE

The undersigned counsel for Defendant hereby certify that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on February 9, 2016.

Dated:  February 9, 2016            By:    /s/ Shea C. Meehan
                                           SHEA C. MEEHAN
                                           BRET UHRICH
                                           Attorneys for Defendant
                                           **Rajiv Malhan**

STIPULATION AND [PROPOSED] ORDER - 6

3:15-cv-05309 EMC

Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, Washington 99352
(509) 735-4444