GREGORY O'HARA (SBN: 131963)
gohara@nixonpeabody.com
NIXON PEABODY LLP
Two Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California 94306
Telephone: (650) 320-7700
Facsimile: (650) 320-7701

JOHN R. FOOTE (SBN: 99674)
jfoote@nixonpeabody.com
KARL K. SUNG (SBN: 294120)
ksung@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111
Telephone: (415) 984-8200
Facsimile: (866) 542-6538

*Attorneys for Defendants*
*Belmont Wine Exchange, LLC, Michael Shemali*
*Wines of the World, LLC, Tri Cities Liquor & Spirits, LLC*
*Matt Myers, Hi-Time Wine Cellars, Eduardo Rodriguez*
*Sandra Rodriguez, and Sandi's Pet Place Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.P.D. CONSOLIDATION, INC. dba VALLEY WINE WAREHOUSE,<br><br>Plaintiff<br><br>v.<br><br>JOSE PINA aka JOSE LUIS PIEDRA, et al.<br><br>Defendants. | Case No. 3:15-cv-5309 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DEFAULTS AND EXTENDING TIME TO RESPOND TO COMPLAINT** |

## STIPULATION

Plaintiff H.P.D. Consolidation, Inc. ("PLAINTIFF") and Defendants Eduardo Rodriguez, Sandra Rodriguez, and Sandi's Pet Place Inc. ("DEFENDANTS"), by and through their respective

1

counsel of record, hereby agree and stipulate to the following:

1. The defaults entered by the Clerk against Eduardo Rodriguez and Sandra Rodriguez on January 19, 2016 shall be set aside and vacated; and

2. Each of the DEFENDANTS Eduardo Rodriguez, Sandra Rodriguez, and Sandi's Pet Place Inc. shall have to and including February 26, 2016 to file responses to PLAINTIFF's Complaint. This agreed extension of time will be the first granted to DEFENDANTS Eduardo Rodriguez, Sandra Rodriguez, and Sandi's Pet Place Inc. and will not alter the date of any event or deadline already fixed by Court order.

DATED: February 2, 2016        MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP

By:        /s/ Russell K. Ryan
           Russell K. Ryan (Bar No. 139835)
           Attorneys for Plaintiff H.P.D. Consolidation, Inc.

DATED: February 2, 2016        NIXON PEABODY LLP

By:        /s/ John R. Foote
           John R. Foote (Bar No. 99674)

Attorneys for Defendants Belmont Wine Exchange, LLC, Michael Shemali, Wines of the World, LLC, Tri Cities Liquor & Spirits, LLC, Matt Myers, Hi-Time Wine Cellars, Eduardo Rodriguez, Sandra Rodriguez, and Sandi's Pet Place Inc.

## **ORDER**

Pursuant to the foregoing stipulation of PLAINTIFF H.P.D. Consolidation, Inc. ("PLAINTIFF") and Defendants Eduardo Rodriguez, Sandra Rodriguez, and Sandi's Pet Place Inc. ("DEFENDANTS"), and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

STIPULATION AND [PROPOSED] ORDER VACATING DEFAULTS AND EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 3:15-cv-5309 EMC
4826-1224-5805.1
072485-000004

1.      The defaults entered by the Clerk against Eduardo Rodriguez and Sandra Rodriguez on January 19, 2016 are hereby set aside and vacated; and

2.      Each of the DEFENDANTS Eduardo Rodriguez, Sandra Rodriguez, and Sandi's Pet Place Inc. shall have to and including February 26, 2016 to file responses to PLAINTIFF's Complaint.

Dated: February 11, 2016



_____
H.         M. Chen
            ict Judge

3

STIPULATION AND [PROPOSED] ORDER VACATING DEFAULTS AND EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 3:15-cv-5309 EMC
4826-1224-5805.1
072485-000004