NICHOLAS A. OLDHAM, DCBN 484113
*Admitted pro hac vice*
noldham@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue, Ste 200
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

SHEA C. MEEHAN, WSBA #34087
*Admitted pro hac vice*
smeehan@walkerheye.com
BRET UHRICH, WSBA #45595
*Admitted pro hac vice*
buhrich@walkerheye.com
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA  99352
Telephone: (509) 735-4444
Facsimile: (509) 735-7140

JULIE A. STOCKTON, SBN 286944
jstockton@kslaw.com
King & Spalding LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone:  (650) 422-6700
Facsimile:   (650) 422-6800

Attorneys for Defendant
RAJIV MALHAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.P.D. CONSOLIDATION, INC. DBA VALLEY WINE WAREHOUSE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSE PINA aka JOSE LUIS PIEDRA, et al.<br><br>　　　　　Defendants. | Cause No.  3:15-cv-05309 EMC<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

STIPULATION FOR EXTENSION OF TIME - 1

3:15-CV-5309 EMC

Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, Washington 99352
(509) 735-4444

1  TO THE COURT, AND TO ALL INTERESTED PARTIES AND THEIR
2  ATTORNEYS OF RECORD:

3  Plaintiff H.P.D. Consolidation, Inc. (Plaintiff) and Defendant Rajiv Malhan (Defendant
4  Malhan), by and through their respective counsel of record, hereby stipulate pursuant to Local
5  Rule 6-1 that Defendant Malhan shall have to and including March 25, 2016 to file a response to
6  Plaintiff's Complaint.  This agreed extension of time will not alter the date of any event or
7  deadline already fixed by Court order.  This is the second time modification requested by
8  Defendant Malhan in this matter.  Previously, Plaintiff stipulated to an extension of time for
9  Defendants Belmont Wine Exchange, LLC, Michael Shemali, Wines of the World, LLC, Tri
10 Cities Liquor & Spirits, LLC, Matt Myers, Hi-Time Wine Cellars, David L. Borges and Rajiv
11
12 Malhan to respond to the Complaint.  *See* Docket Nos. 29, 42, 54 and 66.

13

14 Dated: February 22, 2016        **MOTSCHIEDLER, MICHAELIDES, WISHON**
                                   **BREWER & RYAN, LLP**
15

16                                 By:  /s/ Russell K. Ryan
                                        RUSSELL K. RYAN
17                                      Attorneys for Plaintiff H.P.D. Consolidation, Inc.

18 Dated: February 22, 2016        **KING & SPALDING LLP**
19
                                   By:  /s/ Nicholas A. Oldham
20                                      NICHOLAS A. OLDHAM
                                        JULIE A. STOCKTON
21                                      Attorneys for Defendant Rajiv Malhan

22 Dated: February 22, 2016        **WALKER HEYE MEEHAN & EISINGER, PLLC**
23
                                   By:  /s/ Shea C. Meehan
24                                      SHEA C. MEEHAN
                                        BRET UHRICH
25                                      Attorneys for Defendant Rajiv Malhan

(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen)

STIPULATION FOR EXTENSION OF TIME - 2

3:15-CV-5309 EMC

Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, Washington 99352
(509) 735-4444

## ATTESTATION OF CONCURRENCE

I, Shea C. Meehan, attest that I am one of the attorneys for Defendant Malhan.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated:  February 22, 2016               By:      /s/ Shea C. Meehan
                                                 SHEA C. MEEHAN
                                                 BRET UHRICH
                                                 Attorneys for Defendant Rajiv Malhan

STIPULATION FOR EXTENSION OF TIME - 3

3:15-CV-5309 EMC

Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, Washington 99352
(509) 735-4444

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant Malhan hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on February 22, 2016.

Dated:  February 22, 2016           By:   /s/ Shea C. Meehan
                                                                SHEA C. MEEHAN
                                                                BRET UHRICH
                                                                Attorneys for Defendant Rajiv Malhan

STIPULATION FOR EXTENSION OF TIME - 4

3:15-CV-5309 EMC

**Walker Heye Meehan & Eisinger, PLLC**
**1333 Columbia Park Trail, Ste 220**
**Richland, Washington 99352**
**(509) 735-4444**