Jennifer E. Duggan, SBN: 183833
Christina M. Bucci, SBN: 292047
DUGGAN LAW CORPORATION
641 Fulton Ave., Suite 200A
Sacramento, CA 95825
Telephone:    916.550.5309
Facsimile:     916.404.5900
jennifer@duggan-law.com

Attorneys for Defendant
DAVID L. BORGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.P.D. CONSOLIDATION, INC. dba VALLEY WINE WAREHOUSE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSE PINA aka JOSE LUIS PIEDRA, et al.<br><br>　　　　　Defendants.<br>_____/ | Case No. 3:15-cv-05309-EMC<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>**Complaint Filed:** November 19, 2015<br>**Trial Date:** None set |

Plaintiff H.P.D. Consolidation, Inc. dba Valley Wine Warehouse ("PLAINTIFF") and Defendant David L. Borges ("DEFENDANT"), by and through their respective counsel of record, hereby stipulate pursuant to Local Rule 6-1 that DEFENDANT David L. Borges shall have to and including March 25, 2016 to file a response to PLAINTIFF's Complaint. This agreed extension of time will not alter the date of any event or deadline already fixed by Court order. This is the second stipulated extension of time requested by DEFENDANT David L. Borges in this matter. Previously, Plaintiff stipulated to an extension of time for Defendants Belmont Wine Exchange, LLC, Michael Shemali, Wines of the World, LLC, Tri Cities Liquor & Spirits, LLC, Matt Myers, Hi-Time Wine Cellars, David L. Borges and Rajiv Malhan to respond to the Complaint. *See* Docket Nos. 29, 42, 54 and 66.

Dated: February 22, 2016

MOTSCHIEDLER, MICHAELIDES,
WISHON, BREWER & RYAN, LLP

By: /s/ Russell K. Ryan
    Russell K. Ryan

Attorneys for Plaintiff
H.P.D CONSOLIDATION, INC. dba VALLEY WINE WAREHOUSE

Dated: February 22, 2016

DUGGAN LAW CORPORATION

By: /s/ Jennifer E. Duggan
    Jennifer E. Duggan
    Christina M. Bucci

Attorneys for Defendant
DAVID L. BORGES



IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION OF CONCURRENCE

I, Jennifer E. Duggan, attest that I am one of the attorneys for DEFENDANT David L. Borges. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: February 22, 2016      By:    /s/ Jennifer E. Duggan
                                     Jennifer E. Duggan
                                     DUGGAN LAW CORPORATION

                                     Attorneys for Defendant
                                     DAVID L. BORGES

## CERTIFICATE OF SERVICE

The undersigned counsel for DEFENDANT David L. Borges hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on February 22, 2016.

Dated: February 22, 2016      By:    /s/ Jennifer E. Duggan
                                     Jennifer E. Duggan
                                     DUGGAN LAW CORPORATION

                                     Attorneys for Defendant
                                     DAVID L. BORGES