1   NICHOLAS A. OLDHAM, DCBN 484113
    *Admitted pro hac vice*
2   noldham@kslaw.com
    King & Spalding LLP
3   1700 Pennsylvania Avenue, Ste 200
    Washington, D.C. 20006
4   Telephone: (202) 737-0500
    Facsimile: (202) 626-3737
5

6   SHEA C. MEEHAN, WSBA #34087
    *Admitted pro hac vice*
7   smeehan@walkerheye.com
    BRET UHRICH, WSBA #45595
8   *Admitted pro hac vice*
    buhrich@walkerheye.com
9   Walker Heye Meehan & Eisinger, PLLC
    1333 Columbia Park Trail, Ste 220
10  Richland, WA  99352
    Telephone: (509) 735-4444
11  Facsimile: (509) 735-7140

12
    JULIE A. STOCKTON, SBN 286944
13  jstockton@kslaw.com
    King & Spalding LLP
14  601 South California Avenue
    Palo Alto, CA 94304
15  Telephone:  (650) 422-6700
    Facsimile:   (650) 422-6800
16

17  Attorneys for Defendant
    RAJIV MALHAN
18

19              UNITED STATES DISTRICT COURT
20            NORTHERN DISTRICT OF CALIFORNIA

21  H.P.D. CONSOLIDATION, INC. DBA          Cause No.  3:15-cv-05309 EMC
    VALLEY WINE WAREHOUSE,
22                                           STIPULATION & [PROPOSED] ORDER
                Plaintiff,                    ALLOWING FILING OF PAGES IN
23                                           EXCESS OF PAGE LIMITATION
    v.
24                                               (Denied as moot)

25  JOSE PINA aka JOSE LUIS PIEDRA, et al.

                Defendants.

STIPULATION FOR FILING PAGES - 1                    **Walker Heye Meehan & Eisinger, PLLC**
                                                    **1333 Columbia Park Trail, Ste 220**
                                                    **Richland, Washington 99352**
3:15-CV-5309 EMC                                    **(509) 735-4444**

**TO THE COURT, AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff H.P.D. Consolidation, Inc. (Plaintiff) and Defendant Rajiv Malhan (Defendant Malhan), by and through their respective counsel of record, hereby stipulate pursuant to Civil L.R. 7-11 and 7-12 that Defendant Malhan shall, when filing his motion to dismiss and memorandum of points and authorities, be allowed to exceed the otherwise applicable page limitation found in Civil L.R. 7-4 by 10 pages for a total of 35 pages of text.

Dated:  March 15, 2016       **MOTSCHIEDLER, MICHAELIDES, WISHON
                              BREWER & RYAN, LLP**

                              By:    /s/ Russell K. Ryan_____
                                     RUSSELL K. RYAN
                                     Attorneys for Plaintiff H.P.D. Consolidation, Inc.

Dated:  March 15, 2016       **KING & SPALDING LLP**

                              By:    /s/ Nicholas A. Oldham_____
                                     NICHOLAS A. OLDHAM
                                     JULIE A. STOCKTON
                                     Attorneys for Defendant Rajiv Malhan

Dated:  March 15, 2016       **WALKER HEYE MEEHAN & EISINGER, PLLC**

                              By:    /s/ Shea C. Meehan_____
                                     SHEA C. MEEHAN
                                     BRET UHRICH
                                     Attorneys for Defendant Rajiv Malhan

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendant Malhan shall, when filing his motion to dismiss and memorandum of points and authorities, be allowed to exceed the otherwise applicable page limitation found in Civil L.R. 7-4 by 10 pages for a total of 35 pages of text.   Denied as moot.

Dated:

3/22/16

By: _____

Judge Edward M. Chen

DENIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **ATTESTATION OF CONCURRENCE**

I, Shea C. Meehan, attest that I am one of the attorneys for Defendant Malhan.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.


Dated:  March 15, 2016                    By:      /s/ Shea C. Meehan
                                                          SHEA C. MEEHAN
                                                          BRET UHRICH
                                                          Attorneys for Defendant Rajiv Malhan

STIPULATION FOR FILING PAGES - 4

3:15-CV-5309 EMC

**Walker Heye Meehan & Eisinger, PLLC**
1333 Columbia Park Trail, Ste 220
Richland, Washington 99352
(509) 735-4444

1

2

## CERTIFICATE OF SERVICE

3

The undersigned counsel for Defendant Malhan hereby certifies that a true and correct

4

copy of the foregoing document was filed with the Court and served electronically through the

5

CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a

6

Notice of Electronic Filing for this case on March 15, 2016.

7

8

Dated:  March 15, 2016               By:   /s/ Shea C. Meehan
                                               SHEA C. MEEHAN
9                                              BRET UHRICH
                                               Attorneys for Defendant Rajiv Malhan
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION FOR FILING PAGES - 5

3:15-CV-5309 EMC