1   NICHOLAS A. OLDHAM, DCBN 484113
    *Admitted pro hac vice*
2   noldham@kslaw.com
    King & Spalding LLP
3   1700 Pennsylvania Avenue, Ste 200
    Washington, D.C. 20006
4   Telephone: (202) 737-0500
    Facsimile: (202) 626-3737
5

6   SHEA C. MEEHAN, WSBA #34087
    *Admitted pro hac vice*
7   smeehan@walkerheye.com
    BRET UHRICH, WSBA #45595
8   *Admitted pro hac vice*
    buhrich@walkerheye.com
9   Walker Heye Meehan & Eisinger, PLLC
    1333 Columbia Park Trail, Ste 220
10  Richland, WA  99352
    Telephone: (509) 735-4444
11  Facsimile: (509) 735-7140

12
    JULIE A. STOCKTON, SBN 286944
13  jstockton@kslaw.com
    King & Spalding LLP
14  601 South California Avenue
    Palo Alto, CA 94304
15  Telephone:  (650) 422-6700
    Facsimile:   (650) 422-6800
16

17  Attorneys for Defendant
    RAJIV MALHAN

18

19
                    UNITED STATES DISTRICT COURT
20               NORTHERN DISTRICT OF CALIFORNIA

21  H.P.D. CONSOLIDATION, INC. DBA          Cause No.  3:15-cv-05309 EMC
    VALLEY WINE WAREHOUSE,
22                                          STIPULATION & [PROPOSED] ORDER
                                            OF DISMISSAL WITHOUT PREJUDICE
                   Plaintiff,               (as to Defendant Rajiv Malhan only)
23

24  v.

25  JOSE PINA aka JOSE LUIS PIEDRA, et al.

                   Defendants.

STIPULATION FOR DISMISSAL - 1                       **Walker Heye Meehan & Eisinger, PLLC**
                                                    **1333 Columbia Park Trail, Ste 220**
                                                    **Richland, Washington 99352**
    3:15-CV-5309 EMC                                **(509) 735-4444**

1    **TO THE COURT, AND TO ALL INTERESTED PARTIES AND THEIR**

2    **ATTORNEYS OF RECORD:**

3    Plaintiff H.P.D. Consolidation, Inc. (Plaintiff) and Defendant Rajiv Malhan (Defendant

4    Malhan), by and through their respective counsel of record, hereby stipulate pursuant to Rule

5    41(a)(2) of the Federal Rules of Civil Procedure that Defendant Rajiv Malhan shall be dismissed

6    without prejudice.

7
       Dated:  March 22, 2016          **MOTSCHIEDLER, MICHAELIDES, WISHON**
8                                      **BREWER & RYAN, LLP**

9
                                       By:    /s/ Russell K. Ryan
10                                            RUSSELL K. RYAN
                                              Attorneys for Plaintiff H.P.D. Consolidation, Inc.
11

12     Dated:  March 22, 2016          **KING & SPALDING LLP**

13
                                       By:    /s/ Nicholas A. Oldham
14                                            NICHOLAS A. OLDHAM
                                              JULIE A. STOCKTON
15                                            Attorneys for Defendant Rajiv Malhan

16     Dated:  March 22, 2016          **WALKER HEYE MEEHAN & EISINGER, PLLC**

17                                     By:    /s/ Shea C. Meehan
                                              SHEA C. MEEHAN
18                                            BRET UHRICH
                                              Attorneys for Defendant Rajiv Malhan

19

20

21

22

23

24

25

STIPULATION FOR DISMISSAL - 2                              **Walker Heye Meehan & Eisinger, PLLC**
                                                           **1333 Columbia Park Trail, Ste 220**
                                                           **Richland, Washington 99352**
3:15-CV-5309 EMC                                           **(509) 735-4444**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**[PROPOSED] ORDER**

PURSUANT  TO  STIPULATION,  IT  IS  HEREBY  ORDERED  that  Defendant  Rajiv

Malhan is dismissed without prejudice.

Dated:      March 23, 2016                    By: _____

                                                                    Judge

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL - 3

3:15-CV-5309 EMC

**Walker Heye Meehan & Eisinger, PLLC**
**1333 Columbia Park Trail, Ste 220**
**Richland, Washington 99352**
**(509) 735-4444**

1

2

## **ATTESTATION OF CONCURRENCE**

I, Shea C. Meehan, attest that I am one of the attorneys for Defendant Malhan.  As the

3

ECF user and filer of this document, I attest that concurrence in the filing of this document has

4

been obtained from its signatories.

5

6

Dated:  March 22, 2016                        By:        /s/ Shea C. Meehan

7
SHEA C. MEEHAN
BRET UHRICH

8
Attorneys for Defendant Rajiv Malhan

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION FOR DISMISSAL - 4

3:15-CV-5309 EMC

**Walker Heye Meehan & Eisinger, PLLC**
**1333 Columbia Park Trail, Ste 220**
**Richland, Washington 99352**
**(509) 735-4444**

1

2

## CERTIFICATE OF SERVICE

3

The undersigned counsel for Defendant Malhan hereby certifies that a true and correct

4

copy of the foregoing document was filed with the Court and served electronically through the

5

CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a

6

Notice of Electronic Filing for this case on March 22, 2016.

7

8

Dated:  March 22, 2016                                    By:   /s/ Shea C. Meehan
                                                                      SHEA C. MEEHAN
9                                                                     BRET UHRICH
                                                                      Attorneys for Defendant Rajiv Malhan

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION FOR DISMISSAL - 5

3:15-CV-5309 EMC

**Walker Heye Meehan & Eisinger, PLLC**
**1333 Columbia Park Trail, Ste 220**
**Richland, Washington 99352**
**(509) 735-4444**