Russell K. Ryan, #139835
MOTSCHIEDLER, MICHAELIDES,
WISHON, BREWER & RYAN, LLP
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone (559) 439-4000
Facsimile (559) 439-5654

Attorneys for Plaintiff
H.P.D. CONSOLIDATION, INC., dba
VALLEY WINE WAREHOUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.P.D. CONSOLIDATION, INC., dba VALLEY WINE WAREHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PINA aka JOSE LUIS PIEDRA, EDWIN WHITEFIELD, DAVID L. BORGES, MICHAEL SHEMALI, RAJIV MALHAN, WINES OF THE WORLD, LLC, individually and dba HOOKED ON WINE, TRI CITIES LIQUOR & SPIRITS, LLC individually and dba MID COLUMBIA WINE & SPIRITS, HI-TIME WINE CELLARS, MATT MYERS, individually and dba MATT MYERS WINE, EDWIN WHITEFIELD, EDUARDO RODRIGUEZ, SANDI'S PET PLACE, INC., and BELMONT WINE EXCHANGE, LLC,<br><br>Defendants. | Case No.: 15-cv-05309-EMC<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING DATE ON MOTIONS TO DISMISS |

Upon review of the Stipulation and Order to Continue Hearing Date on Motions to Dismiss signed by the parties in this action, the court HEREBY ORDERS that the hearing on Defendants' motions to dismiss be rescheduled to ~~May 19, 2016~~ June 2, 2016 at 1:30 p.m. in Courtroom 5, 17th Floor of the above-referenced court. Furthermore, any

-1-

1  opposition to the motions to dismiss shall be filed by April 25, 2016, and any replies
2  shall be filed by May 5, 2016.
3  Dated: April __15__, 2016

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen