UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| H.P.D. CONSOLIDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSE PINA, et al., <br><br> Defendants. | Case No.  15-cv-05309-EMC <br><br> **ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** <br><br> Docket No. 121 |

The Defendant Edwin Whitefield having requested and being in need of counsel to assist him in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Mr. Whitefield shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward the Referral Order to the San Francisco Project office.  The scope of this referral shall be for:

   (X)  all purposes for the duration of the case
   ( )  the limited purpose of representing the litigant in the course of
       ( )  mediation
       ( )  early neutral evaluation
       ( )  settlement conference
       ( )  briefing  ( ) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):
       ( )  discovery as follows:
       ( )  other:

2. Upon being notified by the Project that an attorney has been located to represent Mr. Whitefield, that attorney shall be appointed as counsel for Mr. Whitefield in this matter for the scope of representation described above.  If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

1   All proceedings in this action are hereby stayed until four weeks from the date of this
2   order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project
3   Guidelines posted on the Court's website.
4   **IT IS SO ORDERED.**

6   Dated: June 29, 2016

_____
EDWARD M. CHEN
United States District Judge