UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.P.D. CONSOLIDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSE PINA, et al., <br><br> Defendants. | Case No. 15-cv-05309-EMC <br><br> **ORDER APPOINTING COUNSEL** |

Because the Defendant Edwin Whitefield has requested and is in need of counsel to assist him/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Jennifer Briggs Fisher and Brendan Ruddy of Duane Morris LLP are hereby appointed as counsel for Mr. Whitefield in this matter.

The scope of this referral shall be for:
( X ) all purposes for the duration of the case
(  ) the limited purpose of representing the litigant in the course of
   (  ) mediation
   (  ) early neutral evaluation
   (  ) settlement conference
   (  ) briefing (  ) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):
   (  ) discovery as follows:
   (  ) other:

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: July 6, 2016

EDWARD M. CHEN
United States District Judge