Russell K. Ryan, #139835
**MOTSCHIEDLER, MICHAELIDES,
WISHON, BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone (559) 439-4000
Facsimile (559) 439-5654**

Attorneys for Plaintiff
H.P.D. CONSOLIDATION, INC., dba
VALLEY WINE WAREHOUSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.P.D. CONSOLIDATION, INC., dba VALLEY WINE WAREHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PINA aka JOSE LUIS PIEDRA, EDWIN WHITEFIELD, DAVID L. BORGES, MICHAEL SHEMALI, WINES OF THE WORLD, LLC, individually and dba HOOKED ON WINE, TRI CITIES LIQUOR & SPIRITS, LLC individually and dba MID COLUMBIA WINE & SPIRITS, HI-TIME WINE CELLARS, MATT MYERS, individually and dba MATT MYERS WINE, SANDRA RODRIGUEZ, EDUARDO RODRIGUEZ, SANDI'S PET PLACE, INC., and BELMONT WINE EXCHANGE, LLC,<br><br>Defendants. | Case No.: 3:15-cv-05309-EMC<br><br>**STIPULATION AND ORDER TO EXTEND FILING DEADLINES FOR OPPOSITIONS AND REPLIES AND RESCHEDULING HEARING RELATED TO MOTIONS TO DISMISS AND MOTION TO STRIKE** |

Plaintiff H.P.D. Consolidation, Inc. ("**Plaintiff**") and Defendants Belmont Wine Exchange, LLC, Michael Shemali, Wines of the World, LLC, Tri Cities Liquor & Spirits, LLC, Matt Myers, Hi-Time Wine Cellars, Sandra Rodriguez, Eduardo Rodriguez, Sandi's Pet Place, Inc., Edwin Whitefield and David L. Borges ("**Defendants**"), by and through their respective counsel of record, HEREBY

-1-

{00236/0045B/2/476340.DOC}   Stipulation and Order to Extend Filing Deadlines for
Oppositions and Replies and Rescheduling Hearing Related to Motions to Dismiss and Motion to Strike

1  STIPULATE that, due to the Thanksgiving holiday, Plaintiff shall have to and including
2  November 28, 2016 to file oppositions to the various motions to dismiss filed by
3  Defendants and motion to strike filed by Defendant Whitefield in this action.
4      IT IS FURTHER STIPULATED between the parties that Defendants shall
5  have up to and including December 5, 2016 within which to file any replies in support
6  of the various motions to dismiss and motion to strike.
7      IT IS FURTHER STIPULATED that the date of the hearing on the
8  motions to dismiss/motion to strike will be scheduled for January 12, 2017, or as soon
9  thereafter as the court has availability.

Dated: November 22, 2016

MOTSCHIEDLER, MICHAELIDES
WISHON, BREWER & RYAN, LLP

By: /s/Russell K. Ryan
Russell K. Ryan, Attorneys for
H.P.D. CONSOLIDATION, INC.,
dba VALLEY WINE WAREHOUSE

Dated: November 22, 2016

NIXON PEABODY

By: /s/Karl Sung
Attorneys for Defendants Belmont
Wine Exchange, LLC, Michael
Shemali, Wines of the World, LLC, Tri
Cities Liquor & Spirits, LLC, Matt
Myers, and Hi-Time Wine Cellars

Dated: November 22, 2016

DUANE MORRIS LLP

By: /s/Brendan P. Ruddy
Attorneys for Defendant Edwin
Whitefield

Dated: November 22, 2016                    DUGGAN LAW CORPORATION


By:    /s/Christina Bucci
      Attorneys for Defendant David L. Borges

**ORDER**

IT IS SO ORDERED.

Dated: _____November 23___, 2016

IT IS SO ORDERED
Judge Edward M. Chen

{00236/0045B/2/476340.DOC}   Stipulation and Order to Extend Filing Deadlines for
Oppositions and Replies and Rescheduling Hearing Related to Motions to Dismiss and Motion to Strike