Russell K. Ryan, #139835
MOTSCHIEDLER, MICHAELIDES,
WISHON, BREWER & RYAN, LLP
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone (559) 439-4000
Facsimile (559) 439-5654

Attorneys for Plaintiff
H.P.D. CONSOLIDATION, INC., dba
VALLEY WINE WAREHOUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.P.D. CONSOLIDATION, INC., dba VALLEY WINE WAREHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PINA aka JOSE LUIS PIEDRA, EDWIN WHITEFIELD, DAVID L. BORGES, MICHAEL SHEMALI, WINES OF THE WORLD, LLC, individually and dba HOOKED ON WINE, TRI CITIES LIQUOR & SPIRITS, LLC individually and dba MID COLUMBIA WINE & SPIRITS, HI-TIME WINE CELLARS, MATT MYERS, individually and dba MATT MYERS WINE, SANDRA RODRIGUEZ, EDUARDO RODRIGUEZ, SANDI'S PET PLACE, INC., and BELMONT WINE EXCHANGE, LLC,<br><br>Defendants. | Case No.: 3:15-cv-05309-EMC<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING ON "CERTAIN DEFENDANTS'" MOTION FOR ATTORNEYS' FEES AND SETTING DEADLINES FOR OPPOSITION AND REPLY BRIEFS** |

Plaintiff H.P.D. Consolidation, Inc. ("**Plaintiff**") and Defendants Belmont Wine Exchange, LLC, Michael Shemali, Wines of the World, LLC, Tri Cities Liquor & Spirits, LLC, Matt Myers, Hi-Time Wine Cellars, Sandra Rodriguez, Eduardo Rodriguez and Sandi's Pet Place, Inc. ("**Defendants**"), by and through their respective counsel of record, HEREBY STIPULATE that, due to the Christmas holiday, Plaintiff shall have up to and including January 12, 2017 to file an opposition to the motion for

MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP

-1-

{00236/0045B//477763.DOC}   Stipulation and Order Rescheduling Hearing on Motion for
Attorneys' Fees and Setting Deadlines for Opposition and Reply

attorneys' fees filed by Defendants Michael Shemali, Wines of the World, LLC, Tri Cities Liquor & Spirits, LLC, Matt Myers, Hi-Time Wine Cellars, Sandra Rodriguez, Eduardo Rodriguez and Sandi's Pet Place, Inc. in this action.

IT IS FURTHER STIPULATED between the parties that Defendants shall have up to and including January 26, 2017 within which to file any reply in support of the motion for attorneys' fees.

IT IS FURTHER STIPULATED that the date of the hearing on the motions to for attorneys' fees will be scheduled for February 9, 2017, or as soon thereafter as the court has availability.

Dated: December ___, 2016         MOTSCHIEDLER, MICHAELIDES
                                  WISHON, BREWER & RYAN, LLP


                                  By: ___/s/Russell K. Ryan___
                                  Russell K. Ryan, Attorneys for
                                  H.P.D. CONSOLIDATION, INC.,
                                  dba VALLEY WINE WAREHOUSE

Dated: December ___, 2016         NIXON PEABODY LLP


                                  By: ___/s/John R. Foote___
                                  Attorneys for Defendants Belmont
                                  Wine Exchange, LLC, Michael
                                  Shemali, Wines of the World, LLC, Tri
                                  Cities Liquor & Spirits, LLC, Matt
                                  Myers, Hi-Time Wine Cellars, Sandra
                                  Rodriguez, Eduardo Rodriguez and
                                  Sandi's Pet Place, Inc.

ORDER

IT IS SO ORDERED.

Dated: ___12/13___, 2016

IT IS SO ORDERED
Judge Edward M. Chen

MOTSCHIEDLER,
MICHAELIDES,
WISHON, BREWER &
RYAN, LLP

{00236/0045B//477763.DOC}   Stipulation and Order Rescheduling Hearing on Motion for
Attorneys' Fees and Setting Deadlines for Opposition and Reply
-2-